AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JOE HAND PROMOTIONS, INC.,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**RPM MANAGEMENT COMPANY LLC, d/b/a OZONE SPORTS BAR,**

CASE NO.  C2-09-553
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING

       **Defendant.**

\_\_\_\_ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed March 18, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 18, 2011

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk